IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSHUA HAMMOND, : | |
| : | |
| Plaintiff, : | |
| : | |
| VS. : | NO. 7:13-CV-158-HL-TQL |
| : | 42 U.S.C. § 1983 |
| MARTY ALLEN, CALVIN ORR, and : | |
| SHAWN EMMONS, : | |
| : | |
| Defendants. : | |

_____

**O R D E R**

Plaintiff Joshua Hammond, a state prisoner currently confined at the Valdosta State Prison, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. In an Order dated December 2, 2013 (Doc. 5), the undersigned ordered Plaintiff to pay an initial partial filing fee in the amount of $13.00 within twenty-one days of the date of the Order. That deadline passed, and the Court did not receive the initial partial filing fee.

Plaintiff was then ordered to respond and show cause why his lawsuit should not be dismissed for failure to comply with the Court's Order. (Doc. 7.) Plaintiff filed a response to the order on January 16, 2014, wherein he stated that he was being housed in the segregation unit at the prison which gave him less ability to get the proper forms needed to pay his initial partial filing fee. (*Id.*) Plaintiff stated that he had recently given his counselor the "proper form" to send the initial partial filing fee. It has now been more than five months since Plaintiff's response was filed and no filing fee has been paid.

WHEREFORE, Plaintiff's complaint is hereby DISMISSED without prejudice for

his failure to comply with the Court's order.

SO ORDERED, this 2nd day of July, 2014.

*s/ Hugh Lawson*_____<br>
HUGH LAWSON<br>
UNITED STATES DISTRICT JUDGE

lws